BENJAMIN B. WAGNER
United States Attorney
JARED D. RENFRO
Special Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:10-CR-00471-AWI |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER WITHDRAWING WRIT OF |
| v. | ) | HABEAS CORPUS |
| | ) | |
| JUAN LOPEZ-MARTINEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

   Per the UNITED STATES' motion, IT IS HEREBY ORDERED that the WRIT OF HABEAS CORPUS for JUAN LOPEZ-MARTINEZ is withdrawn.

IT IS SO ORDERED.

Dated:     October 5, 2011                    _____
                                              CHIEF UNITED STATES DISTRICT JUDGE