DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Alfredo Nunez Carranza

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  ALFREDO NUNEZ CARRANZA,  Defendant. | No. 1:10-cr-00471 AWI  **STIPULATION TO CONTINUE STATUS CONFERENCE AND [PROPOSED] ORDER THEREON**  Date: July 9, 2012  Time: 10:00 a.m.  Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, WALLACE J. LEE, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Alfredo Nunez Carranza, that the date for status conference in this matter may be continued to July 9, 2012, or the soonest date thereafter that is convenient to the court. **The date currently set for status conference is July 2, 2012. The requested new date is July 9, 2012.**

Defense counsel will be out of the state the week beginning July 2, 2012 and will be unavailable to appear in court on the currently scheduled date. Because the hearing is scheduled for a change of plea, defense counsel prefers to appear personally rather than have the matter covered by different counsel whom the defendant does not know.

1  The parties agree that the delay resulting from the continuance shall be excluded as necessary for
2  continuity of counsel and effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and
3  (B)(iv).  For this reason, the ends of justice served by the granting of the requested continuance outweigh
4  the interests of the public and the defendant in a speedy trial.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: June 28, 2012        By /s/ Wallace J. Lee
                               WALLACE J. LEE
                               Assistant United States Attorney
                               Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: June 28, 2012        By /s/ Eric V. Kersten
                               ERIC V. KERSTEN
                               Assistant Federal Defender
                               Attorney for Defendant
                               Alfredo Nunez Carranza


**O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:   June 28, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE