# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ALFREDO NUNEZ CARRANZA,<br><br>　　　　　Defendant. | CASE: 1:10-cr-00471-AWI-DLB-1<br><br>**ORDER DENYING MOTION**<br><br>(Doc. No. 24) |

　　　On June 22, 2012, Defendant Alfredo Nunez Carranza pleaded guilty to violating 8 U.S.C. § 1326(a), Doc. No. 18, and was sentenced by this Court to 46 months in the custody of the United States Bureau of Prisons, consecutive to a state sentence Defendant was serving at the time. Doc No. 23. Defendant began serving his federal sentence in 2018. Doc. Nos. 23.

　　　Defendant filed a one-page motion after this case was closed asking the Court to "revise" his case. Doc. No. 24. Defendant appears to argue that more than 46 months elapsed between entry of his guilty plea to the 8 U.S.C. § 1326(a) violation in 2012 and his transfer to federal prison in 2018 and that consequently he should be released from custody. See id. As noted above, however, the federal sentence did not commence running until the state sentence was complete. Defendant's argument for release therefore has no merit. Defendant also asks to be moved to California but provides no justification—or any basis to infer a justification—for such an order.

　　　Accordingly, IT IS HERBY ORDERED that Defendant's motion, Doc. No. 24, is DENIED in its entirety.

IT IS SO ORDERED.

Dated:  January 13, 2023　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE